**FILED**

May 14, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:25-CR-01234-EG** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| GABRIEL ESTRADA-OLIVARES, | § | Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 16, 2025, in the Western District of Texas, Defendant,

GABRIEL ESTRADA-OLIVARES,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about June 15,

2017, and that Defendant had not received the consent of the Attorney General of the United States

and the Secretary of the Department of Homeland Security, to reapply for admission to the United

States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

██████████████████████████

FOREPERSON

MARGARET F. LEACHMAN
Acting United States Attorney

By: _____

JOSEPH DUARTE II
Assistant United States Attorney

6